No. 222. DIXON v. ATLANTIC COAST LINE RAILROAD Co. C. A. 5th Cir. Certiorari denied. *Harry M. Wilson* for petitioner. *Charles Cook Howell* for respondent.

No. 223. RAILWAY EXPRESS AGENCY, INC. v. KENNEDY ET AL. C. A. 7th Cir. Certiorari denied. *Kenneth F. Burgess* and *Douglas F. Smith* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for Kennedy et al., respondents.

No. 225. PORTO RICO TELEPHONE Co. v. PUERTO RICO COMMUNICATIONS AUTHORITY. C. A. 1st Cir. Certiorari denied. *John W. Davis* and *S. Hazard Gillespie, Jr.* for petitioner. *Victor Gutierrez Franqui,* Attorney General of Puerto Rico, *A. Torres Braschi* and *Edgar S. Belaval,* Assistant Attorneys General, for respondent.

No. 226. DOWDY ET AL. v. HAWFIELD, EXECUTOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Luther Robinson Maddox* for petitioners. *Albert Brick* for respondents.

No. 227. UNITED TRUCK LINES, INC. v. INTERSTATE COMMERCE COMMISSION. C. A. 9th Cir. Certiorari denied. *Edward J. Reilly* and *B. H. Kizer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Robert L. Stern, J. Roger Wollenberg, Daniel W. Knowlton, James A. Murray* and *Leo H. Pou* for respondent.

No. 228. SCRIPPS-HOWARD RADIO, INC. v. FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari